IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| CHRIS EVANS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 5:13-cv-00070-SWW |
| | * | |
| | * | |
| | * | |
| SOUTHERN SERVICE SYSTEMS, INC. | * | |
| d/b/a SOUTHERN COLLECTION | * | |
| SYSTEM, | * | |
| | * | |
| Defendant. | * | |

## ORDER

Chris Evans brings this action against Southern Service Systems, Inc. d/b/a Southern Collection System (SCS) for actual and statutory damages for alleged violations of the Fair Debt Collections Practices Act (FDCPA), 15 U.S.C. § 1692 *et seq*.  Without objection, the Court denies SCS's motion to dismiss [doc.#9] but grants SCS's motion [doc.#9] to transfer venue.  The Clerk is directed to transfer this action from the Pine Bluff Division to the Western Division.

IT IS SO ORDERED this 17th  day of May 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE